IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11-00002 |
| | ) | Judge Trauger |
| | ) | |
| [21] TIFFANY BROOK NORRIS | ) | |

## **O R D E R**

It is hereby **ORDERED** that the revocation hearing scheduled for March 31, 2014 at 3:15 p.m. is **RESET** for the same day at 11:30 a.m.

It is so **ORDERED**.

ENTER this 31st day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge