UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:11-00002 |
| | ) | Judge Trauger |
| | ) | |
| TIFFANY BROOK NORRIS | ) | |

AGREED ORDER

Upon oral agreement of the parties in open court on March 31, 2014, it is hereby ORDERED that:

1) Ms. Norris be held in custody until April 25, 2014.

2) A status conference will be set for April 25, 2014, at 12:30 p.m. and on that day Ms. Norris may be released from custody at the Marshal's office.

3) Ms. Norris will report and enter into New Leaf Recovery's 28 day inpatient treatment on April 28, 2014.

4) Upon completion of the New Leaf program, Ms. Norris will enter the Hope Center's Recovery Program for Women, which lasts approximately six to nine months, depending on successful participation and progress.

5) Ms. Norris shall have no contact with Howard Bohannon, or any other convicted felon, without prior approval from probation.

6) All previous conditions of supervision remain in effect.

IT IS SO ORDERED.

ENTERED this  9th  day of  April , 2014.

_____
ALETA A. TRAUGER
Judge, United States District Court

APPROVED FOR ENTRY:

*s/ Dumaka Shabazz*
Dumaka Shabazz (BPR #022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Attorney for Tiffany Norris


s/ *Blanche B. Cook*
Blanche B. Cook
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203
Attorney for the Government