UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:11-00002 |
| | ) | Judge Trauger |
| | ) | |
| TIFFANY BROOK NORRIS | ) | |

## MOTION TO CANCEL STATUS HEARING

Comes now the Defendant, Tiffany Norris, by and through counsel, and requests that this Honorable Court cancel the status meeting set for April 25, 2014, at 12:30 pm. This Court has previously ordered, and both parties have agreed, that Ms. Norris will be released from the United States Marshal's lockup at 12:30 pm on April 25, 2014. At that time, Ms. Norris will meet with probation to finalize the details of her rehabilitation.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org