UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:11-00002 |
| | ) | Judge Trauger |
| TIFFANY BROOK NORRIS | ) | |

**Motion GRANTED. Hearing reset for 7/17/14 at 3:00 p.m.**

## MOTION TO CONTINUE REVOCATION HEARING

Comes now Tiffany Norris, by and through counsel, and requests that this Honorable Court continue the revocation hearing which is currently scheduled for Tuesday, June 17, 2014, at 2:30 pm and reschedule it for a date convenient to the Court after June 27, 2014. Counsel is scheduled to attend the Trial Practice Institute in Macon, Georgia, from June 16 - June 27, 2014.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2014, I electronically filed the foregoing Motion To Continue Revocation Hearing with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Blanche Cook, Assistant U.S. Attorney, 110 Ninth Avenue South, A-961, Nashville, TN 37203-3870.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ