UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 2:11-00002 |
| v. | ) | Aleta A. Trauger |
| | ) | Judge, U.S. District Court |
| | ) | |
| TIFFANY BROOK NORRIS | ) | |

## AGREED ORDER

Upon agreement of the parties, it is hereby ORDERED that:

1. Ms. Norris be transported from Grayson County Jail on February 27, 2015, to the U.S. Marshal's lock up and be released at 9:00 a.m. the same day.

2. Upon release, Ms. Norris will be transported by Attorney Dumaka Shabazz, or another employee of the Federal Defender's Office, to Concentra at 315 14th Avenue North, Nashville, Tennessee, 37203, where she will be given a physical.

3. Ms. Norris shall then enter Diersen Charities on February 27, 2015. She shall remain at Diersen for six months. Counsel shall file a report to update the Court, United States Government, and United States Probation Office prior to the six month mark and will request a status hearing (if necessary) to determine the need for further participation at Diersen Charities.

4. All previous conditions of supervision remain in effect.

IT IS SO ORDERED.

ENTERED this 26th day of February, 2015.

_____
ALETA A. TRAUGER
Judge, United States District Court

APPROVED FOR ENTRY:

*s/ Dumaka Shabazz*
Dumaka Shabazz (BPR #022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Attorney for Tiffany Norris


s/ *Harold B. McDonough Jr.*
Harold B. McDonough, Jr.
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203
Attorney for the Government